IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02418-BNB

BISHOP SIDNEY BLACK,

    Applicant,

v.

UNITED STATES OF AMERICA,
WARDEN WANDS,
BUREAU OF INDIAN AFFAIRS, and
UTE INDIAN TRIBE,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 12 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Bishop Sidney Black, is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution in Florence, Colorado. Mr. Black initiated this action by filing *pro se* a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a memorandum of law in support of the petition, neither of which was signed. In an order filed on October 5, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Black to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Black to file a signed application for a writ of habeas corpus on the proper form and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Black was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On October 18, 2010, Mr. Black filed on the proper form a signed Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Mr. Black also filed a letter to the Court on October 18, 2010, stating that he had submitted the necessary forms to pay the filing fee. However, the Court has not received the filing fee for this action and Mr. Black also has not filed a motion seeking leave to proceed *in forma pauperis*. Therefore, the Court finds that Mr. Black has failed to cure all of the deficiencies within the time allowed. As a result, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Applicant failed to cure all of the deficiencies as directed.

DATED at Denver, Colorado, this 10th day of November, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02418-BNB

Bishop Sidney Black
Reg No. 03584-081
FCI Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/12/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk